AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

RICHARD PIOTROWSKI

**SUMMONS IN A CIVIL ACTION**

V.

MAO M. IAN and
SUI MAI

CASE NUMBER: 06-631

TO: (Name and address of Defendant)

SUI MAI
28 Cannon Run
Newark, Delaware 19702

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Nicholas J. Renzi, Esquire
Stampone, D'Angelo, Renzi, DiPiero, P.C.
500 Cottman Avenue
Cheltenham, PA 19012

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                          10/4/06
_____                 _____
CLERK                                                    DATE

_E. Strickler_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                *Signature of Server*

                                  _____
                                  *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD PIOTROWSKI<br>1006 12th Avenue<br>Ridley Park, PA 19076<br><br>Plaintiff<br><br>vs.<br><br>MAO M. IAN<br>28 Cannon Run<br>Newark, Delaware 19702<br>and<br>SUI MAI<br>28 Cannon Run<br>Newark, Delaware 19702<br><br>Defendants | CIVIL ACTION NO.:<br><br><br>JURY TRIAL DEMANDED |

## AFFIDAVIT OF SERVICE

TO THE PROTHONOTARY:

I, Nicholas J. Renzi, Esquire, depose and say that on October 20, 2006, I served a copy of the Complaint in Civil Action on the Defendant, Sui Mai, via Sheriff of New Castle County. A copy of the Affidavit of Service is attached.

STAMPONE, D'ANGELO, RENZI, DIPIERO

BY: _____
NICHOLAS J. RENZI, ESQUIRE
Attorney for Plaintiff

SWORN TO AND SUBSCRIBED
BEFORE ME THIS ___ DAY OF
Oct , 2006

_____
NOTARY PUBLIC

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
DEBORAH A. EDELMAN, Notary Public
Cheltenham Twp  Montgomery County
My Commission Expires May 19, 2007

1



**Office of the Sheriff**

MICHAEL P. WALSH
Sheriff

Louis L. Redding City/County Bldg.
800 N. French Street
Wilmington, DE 19801

(302)395-8450

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE)
                        ) SS
NEW CASTLE COUNTY)

Re:    **RICHARD PIOTROWSKI VS. SUI MAI**
        Civil Action No. 06CV631OSW

     Scott Phillips, being duly sworn, deposes that he/she is a Deputy Sheriff and avers that he/she served upon and left personally upon **SUI MAI**. AT: 28 CANNON RUN, NEWARK, DELAWARE 19702, a copy of Out of State Summons on 10/20/2006 at 3:53 PM.
     The Deponent further avers that he/she knew the person so served to be the same person as mentioned in the Out of State document.

                                                         DEPUTY SHERIFF
                                                         NEW CASTLE COUNTY

STATE OF DELAWARE)
                        ) SS
NEW CASTLE COUNTY)

     **BE IT REMEMBERED** that on October 24, 2006 personally came before me, the Subscriber, a Notary Public of the State of Delaware, Scott Phillips, a Deputy Sheriff of New Castle County and State of Delaware, and stated that the facts stated above are true and correct.
     **SWORN AND SUBSCRIBED** before me, the date and year aforesaid.

                                                          Notary Public

# STAMPONE D'ANGELO RENZI DIPIERO

Attorneys at Law, P.C.

Joseph P. Stampone
Drew P. D'Angelo
Nicholas J. Renzi*
Andrew E. DiPiero Jr.*‡

Peter E. Perry Jr.†
Armand E. Olivetti Jr.†~
James P. McNally
Kimberly M. Thomas*††
Daniel C. Breen*

www.stamponelaw.com • info@stamponelaw.com

*ALSO MEMBER OF THE NEW JERSEY BAR
††ALSO MEMBER OF THE NEW YORK BAR
‡CERTIFIED AS A CIVIL TRIAL ADVOCATE BY THE NATIONAL BOARD OF TRIAL ADVOCACY
†FORMER WORKERS' COMPENSATION JUDGE
~OF COUNSEL

Pennsylvania
500 Cottman Avenue
Cheltenham, PA 19012
p/215.663.0400
f/215.663.9112

New Jersey
203-205 Blackhorse Pike
Haddon Heights, NJ 08035
p/856.546.6974
f/856.547.2225

October 30, 2006

Clerk
U.S. District Court
Lockbox 18
844 N. King Street
Wilmington, DE 19801

**RE:   Richard Piotrowski v. Mao M. Ian and Sui Mai**

Dear Sir/Madam:

Enclosed please find an original and one copy of an Affidavit of Service with regard to the above-captioned matter. Kindly file the original with the Court and return a time-stamped copy to my office in the enclosed postage paid reply envelope.

Thank you for your attention to this matter.

Very truly yours,

NICHOLAS J. RENZI

NJR/cmu
Enclosures