IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD PIOTROWSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-631 |
| | ) | |
| MAO M. IAN, and | ) | |
| SUI MAI, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

### ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of James P. Hall, Esquire, as local counsel for the Plaintiff in the above-captioned matter.

PHILLIPS, GOLDMAN & SPENCE, P.A.

_____
James P. Hall, Esquire (#3293)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200 (Telephone)
(302) 655-4210 (Facsimile)

STAMPONE D'ANGELO RENZI DIPIERO
Nicholas J. Renzi, Esquire (ID No. 63060)
500 Cottman Avenue
Cheltenham, PA 19012
(215) 553-0400 (Telephone)