UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD PIOTROWSKI, | : | C.A. No. 06-631-SLR |
| Plaintiff, | : | |
| v. | : | TRIAL BY JURY OF TWELVE DEMANDED |
| MAO M. IAN and SUI MAI, | : | |
| Defendants/Third-Party Plaintiffs, | : | |
| v. | : | |
| ~~HANOVER INSURANCE COMPANY,~~ ALLSTATE INSURANCE COMPANY, | : | |
| Third-Party Defendant. | : | |

## ORDER

IT IS HEREBY ORDERED, this 16th day of May, 2007, that Defendants/Third-Party Plaintiffs' Motions to Dismiss Hanover Insurance Company and to amend the Third-Party Complaint by adding Allstate Insurance Company as a Third-Party Defendant are hereby GRANTED.

_____
J.