UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD PIOTROWSKI, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. NO.  06-631-SLR |
| | ) | |
| v. | ) | TRIAL BY JURY OF |
| | ) | TWELVE DEMANDED |
| MAO M. IAN and SUI MAI, | ) | |
| | ) | |
| Defendants/Third Party Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HANOVER INSURANCE COMPANY, | ) | |
| ALLSTATE INSURANCE COMPANY, | ) | |
| | ) | |
| Third Party Defendants. | ) | |

### *ENTRY OF APPEARANCE*

PLEASE ENTER the appearance of Michael A. Pedicone, Esquire, on behalf of

defendant, ALLSTATE INSURANCE COMPANY.  The Entry of Appearance shall not be

considered to be a waiver of any jurisdictional defects in service upon this Defendant.  This

Defendant specifically reserves all rights to raise jurisdictional, or service, or statute of

limitations defects which may be available.

MICHAEL A. PEDICONE, P.A.

By:  */s/ Michael A. Pedicone*
Michael A. Pedicone, Esquire (No. 2424)
109 W. 7th Street
P.O. Box 1395
Wilmington, DE 19899
(302) 652-7850
Attorney for Defendant Allstate

Dated:   May 15, 2007

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD PIOTROWSKI, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. NO.  06-631-SLR |
| | ) | |
| v. | ) | TRIAL BY JURY OF |
| | ) | TWELVE DEMANDED |
| MAO M. IAN and SUI MAI, | ) | |
| | ) | |
| Defendants/Third Party Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HANOVER INSURANCE COMPANY, | ) | |
| ALLSTATE INSURANCE COMPANY, | ) | |
| | ) | |
| Third Party Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have caused copies of the foregoing Entry of Appearance to be

served via e-file and US mail on May 15, 2007, upon:

James P. Hall, Esquire
Phillips, Goldman & Spence
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
Attorney for Plaintiff

David L. Baumberger, Esquire
Chrissinger & Baumberger
Three Mill Road, Suite 301
Wilmington, DE 19806
(302) 777-0100
Attorney for Defendants
Third Party Plaintiffs

MICHAEL A. PEDICONE, P.A.

By:  /s/ Michael A. Pedicone
Michael A. Pedicone, Esquire (No. 2424)
109 W. 7th Street
P.O. Box 1395
Wilmington, DE 19899
(302) 652-7850
Attorney for Defendant Allstate

Dated:   May 15, 2007