UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD PIOTROWSKI, ) | |
| ) | |
| Plaintiff, ) | C.A. NO. 06-631-SLR |
| ) | |
| v. ) | TRIAL BY JURY OF |
| ) | TWELVE DEMANDED |
| MAO M. IAN and SUI MAI, ) | |
| ) | |
| Defendants/Third Party Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| HANOVER INSURANCE COMPANY, ) | |
| ALLSTATE INSURANCE COMPANY, ) | |
| ) | |
| Third Party Defendants. ) | |

### THIRD PARTY DEFENDANT ALLSTATE'S ANSWER
### TO AMENDED THIRD PARTY COMPLAINT

1.   Admitted.

2.   Admitted.

3.   Admitted.

4.   Admitted.

5.   Denied that Allstate stands in the shoes of a phantom vehicle and it's operator that was the proximate cause of the alleged accident and injuries in the Original Complaint.

6.   Denied as to liability of Allstate. Answering third party defendant is without sufficient information to answer the remaining allegations.

7.   Answering third party defendant is without sufficient information to answer these allegations.

   WHEREFORE, Third party defendant Allstate demands judgment in its favor plus costs.

## *AFFIRMATIVE DEFENSE*

8. The third party complaint fails to state a claim upon which relief can be granted.

9. Third party defendant Allstate is not liable for uninsured motorist coverage since plaintiff was operating a non-owned vehicle which had been made available for his regular use.

WHEREFORE, Third party defendant Allstate demands judgment in its favor plus costs.

        MICHAEL A. PEDICONE, P.A.

By:  /s/  Michael A. Pedicone
     Michael A. Pedicone, Esquire (No. 2424)
     109 W. 7th Street
     P.O. Box 1395
     Wilmington, DE 19899
     (302) 652-7850
     Attorney for Third Party Defendant Allstate

Dated: May 18, 2007

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD PIOTROWSKI, ) | |
| ) | |
| Plaintiff, ) | C.A. NO. 06-631-SLR |
| ) | |
| v. ) | TRIAL BY JURY OF |
| ) | TWELVE DEMANDED |
| MAO M. IAN and SUI MAI, ) | |
| ) | |
| Defendants/Third Party Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| HANOVER INSURANCE COMPANY, ) | |
| ALLSTATE INSURANCE COMPANY, ) | |
| ) | |
| Third Party Defendants. ) | |

### *CERTIFICATE OF SERVICE*

I hereby certify that I have caused copies of the foregoing Third Party Defendant Allstate's Answer to Amended Third Party Complaint to be served via e-file and US mail on May 18, 2007, upon:

| | |
|---|---|
| James P. Hall, Esquire | David L. Baumberger, Esquire |
| Phillips, Goldman & Spence | Chrissinger & Baumberger |
| 1200 North Broom Street | Three Mill Road, Suite 301 |
| Wilmington, DE 19806 | Wilmington, DE 19806 |
| (302) 655-4200 | (302) 777-0100 |
| Attorney for Plaintiff | Attorney for Defendants |
| | Third Party Plaintiffs |

MICHAEL A. PEDICONE, P.A.

By: */s/ Michael A. Pedicone*
Michael A. Pedicone, Esquire (No. 2424)
109 W. 7th Street
P.O. Box 1395
Wilmington, DE 19899
(302) 652-7850
Attorney for Defendant Allstate

Dated: May 18, 2007