UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD PIOTROWSKI, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. NO. 06-631-SLR |
| | ) | |
| v. | ) | TRIAL BY JURY OF |
| | ) | TWELVE DEMANDED |
| MAO M. IAN and SUI MAI, | ) | |
| INSURANCE CORP. OF HANNOVER, | ) | |
| and ALLSTATE INSURANCE COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

## *DEFENDANT ALLSTATE'S ANSWER TO AMENDED COMPLAINT*

1. Admitted upon information and belief.

2. No response required.

3. No response required.

4. No response required.

5. Admitted.

6. Admitted upon information and belief.

7. No response required.

8. The policy speaks for itself.

9. Answering defendant is without sufficient information to answer these allegations.

10. Answering defendant is without sufficient information to answer these allegations.

11. Answering defendant is without sufficient information to answer these allegations.

12. Answering defendant is without sufficient information to answer these allegations.

13. Answering defendant is without sufficient information to answer these allegations.

14. Answering defendant is without sufficient information to answer these allegations.

15. Answering defendant is without sufficient information to answer these allegations.

## COUNT I

16. Answering defendant incorporates by reference paragraphs 1 through 15 of this Answer.

17. No response required.

18. No response required.

WHEREFORE, defendant Allstate demands judgment in its favor plus costs.

## COUNT II

19. Answering defendant incorporates by reference paragraphs 1 through 18 of this Answer.

20. No response required.

21. No response required.

WHEREFORE, defendant Allstate demands judgment in its favor plus costs.

## COUNT III

22. Answering defendant incorporates by reference paragraphs 1 through 21 of this Answer.

23. No response required.

24. No response required.

25. No response required.

WHEREFORE, defendant Allstate demands judgment in its favor plus costs.

## COUNT IV

26. Answering defendant incorporates by reference paragraphs 1 through 25 of this Answer.

27. No response required.

28. Denied.

29. Denied.

WHEREFORE, defendant Allstate demands judgment in its favor plus costs.

## *AFFIRMATIVE DEFENSES*

30. The complaint fails to state a claim against defendant Allstate Insurance Company upon which relief can be granted.

                      MICHAEL A. PEDICONE, P.A.

By: */s/   Michael A. Pedicone*
     Michael A. Pedicone, Esquire (No. 2424)
     109 W. 7th Street
     P.O. Box 1395
     Wilmington, DE 19899
     (302) 652-7850
     Attorney for Third Party Defendant
     Allstate Insurance Company

Dated: September 13, 2007

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD PIOTROWSKI,           )<br>                               )<br>    Plaintiff,                )  C.A. NO. 06-631-SLR<br>                               )<br>    v.                         )  TRIAL BY JURY OF<br>                               )  TWELVE DEMANDED<br>MAO M. IAN and SUI MAI,        )<br>INSURANCE CORP. OF HANNOVER,   )<br>and ALLSTATE INSURANCE COMPANY,)<br>                               )<br>    Defendants.                )| |

## CERTIFICATE OF SERVICE

I hereby certify that I have caused copies of the foregoing Defendant Allstate's Answer to Amended Complaint to be served via e-file and US mail on September 13, 2007, upon:

| | |
|---|---|
| James P. Hall, Esquire | David L. Baumberger, Esquire |
| Phillips, Goldman & Spence | Chrissinger & Baumberger |
| 1200 North Broom Street | Three Mill Road, Suite 301 |
| Wilmington, DE 19806 | Wilmington, DE 19806 |
| (302) 655-4200 | (302) 777-0100 |
| Attorney for Plaintiff | Attorney for Defendants |
| | Third Party Plaintiffs |
| Nicholas J. Renzi, Esquire | |
| 500 Cottman Avenue | |
| Cheltenham, PA 19012 | |

MICHAEL A. PEDICONE, P.A.

By: */s/ Michael A. Pedicone*
    Michael A. Pedicone, Esquire (No. 2424)
    109 W. 7th Street
    P.O. Box 1395
    Wilmington, DE 19899
    (302) 652-7850
    Attorney for Defendant Allstate

Dated:   September 13, 2007