### UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **RICHARD PIOTROWSKI,** | : | **C.A. No. 06-631** |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **TRIAL BY JURY OF TWELVE** |
| | : | **DEMANDED** |
| **MAO M. IAN, SUI MAI, INSURANCE CORP.** | : | |
| **OF HANNOVER, and ALLSTATE** | : | |
| **INSURANCE COMPANY,** | : | |
| | : | |
| **Defendants.** | : | |


### DEFENDANT MAO M. IAN AND SUI MAI'S ANSWER TO AMENDED COMPLAINT

1.      Answering Defendants are without sufficient knowledge to affirm or deny the averments of this paragraph.

2.      Residency is denied as a conclusion of law.

3.      Residency is denied as a conclusion of law.

4.      Answering Defendants are without sufficient knowledge to affirm or deny the averments of this paragraph.

5.      Answering Defendants are without sufficient knowledge to affirm or deny the averments of this paragraph.

6.      It is admitted a collision occurred between the vehicles.

7.      Answering Defendants are without sufficient knowledge to affirm or deny the averments of this paragraph.

8.      Answering Defendants are without sufficient knowledge to affirm or deny the averments of this paragraph.

9.      Denied.

10.     Denied.

11.    Denied.

12.    Denied.

13.    Denied.

14.    Denied.

15.    Denied.

## COUNT I
## RICHARD PIOTROWSKI v. MAO M. IAN

16.    Answering defendant incorporates herein by reference its responses to paragraphs 1 through 15.

17.    Denied.

18.    Denied.

## COUNT II
## RICHARD PIOTROWSKI v. SUI MAI

19.    Answering defendant incorporates herein by reference its responses to paragraphs 1 through 18.

20.    Denied.

21.    Denied

## COUNT III
## RICHARD PIOTROWSKI v. INSURANCE CORPORATION OF HANNOVER

22.    Answering defendant incorporates herein by reference its responses to paragraphs 1 through 21.

23.    Admitted.

24.    No response required as this paragraph calls for a legal conclusion.

25.    No response required as this paragraph calls for a legal conclusion.

## COUNT IV
## RICHARD PIOTROWSKI v. ALLSTATE INSURANCE COMPANY

26.     Answering defendant incorporates herein by reference its responses to paragraphs 1 through 25.

27.     Admitted.

28.     No response required as this paragraph calls for a legal conclusion.

29.     No response required as this paragraph calls for a legal conclusion.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

30.     The plaintiff's complaint fails to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

31.     Medical expenses and lost wages are limited by 21 Del. C. §2118(h).

### THIRD AFFIRMATIVE DEFENSE

32.     The claims asserted by the plaintiff were proximately caused by an intervening and/or superseding cause.

### FOURTH AFFIRMATIVE DEFENSE

33.     The accident was caused by a sudden emergency not of the answering defendants' making.

### FIFTH AFFIRMATIVE DEFENSE

34.     The injuries alleged preexisted the incident alleged in plaintiffs' complaint or are otherwise not related to the alleged incident.

### SIXTH AFFIRMATIVE DEFENSE

35.     Answering defendants deny any liability whatsoever.  If found liable, however, the answering defendants contend that the accident and any resulting injuries were proximately caused by the negligence of the plaintiff in that he:

        a.      failed to maintain a proper lookout;

  b.  was otherwise negligent.

  To the extent that the negligence of the plaintiff is greater than the negligence of the answering defendants, recovery is barred.  Otherwise, any award in favor of the plaintiff must be reduced by his pro rata share of liability.

  **WHEREFORE,** Answering Defendants demand judgment in their favor and dismissal of plaintiff's complaint with costs of this action assessed against the plaintiff.

**CROSS CLAIM AGAINST ALL CO-DEFENDANTS**
**FOR CONTRIBUTION AND INDEMNIFICATION**

  While the answering defendants deny any liability whatsoever, if found liable, the answering defendants are entitled to contribution from each co-defendant for any amount which the answering defendants may be required to pay to plaintiff in accordance with Title 10, Chapter 63 of the Delaware Code.

  In the alternative, answering defendants seek full indemnification from each co-defendant.

**ANSWER TO ANY PAST, PRESENT OR FUTURE CROSS-CLAIM**

  Denied.

  **WHEREFORE,** Answering Defendants demands judgment in their favor and dismissal of plaintiff's complaint with costs of this action assessed against the plaintiff.

CHRISSINGER & BAUMBERGER

/s/David L. Baumberger
DAVID L. BAUMBERGER
Attorney I.D. No. 2420
Three Mill Road, Suite 301
Wilmington, DE  19806
(302) 777-0100
DATED:  September 24, 2007    Attorney for Defendants Ian and Mai

## <u>CERTIFICATE OF SERVICE</u>

I, **DAVID L. BAUMBERGER, ESQUIRE,** hereby certify that on this 24th day of

September, 2007, I have had served electronically a true and correct copy of the attached

***DEFENDANT IAN AND MAI'S ANSWER TO AMENDED COMPLAINT*** to the following:


Nicholas J. Renzi, Esquire
Stampone D'Angelo Renzi DiPiero
500 Cottman Avenue
Cheltenham, PA  19012

James P. Hall, Esquire
Phillips, Goldman & Spence
1200 N. Broom Street
Wilmington, DE 19806

Michael A. Pedicone, Esquire
109 W. 7th Street
P.O. Box 1395
Wilmington, DE  19899



**CHRISSINGER & BAUMBERGER**


/s/David L. Baumberger
DAVID L. BAUMBERGER
Attorney I.D. No. 2420
Three Mill Road, Suite 301
Wilmington, DE  19806
(302)777-0100
Attorney for Defendants Ian and Mai