## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **RICHARD PIOTROWSKI,** | : | C.A. No. 06-631-SLR |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **TRIAL BY JURY OF TWELVE** |
| | : | **DEMANDED** |
| **MAO M. IAN, SUI MAI, INSURANCE CORP.** | : | |
| **OF HANOVER, and ALLSTATE** | : | |
| **INSURANCE COMPANY,** | : | |
| | : | |
| **Defendants.** | : | |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that the undersigned counsel will take the oral deposition of the plaintiff, Richard Piotrowski, on Friday, April 25, 2008 beginning at 10:00 a.m. in the offices of the undersigned. The deposition will be taken before a certified court reporter to memorialize the testimony.

                                                 CHRISSINGER & BAUMBERGER

                                                 /s/David L. Baumberger
                                                 DAVID L. BAUMBERGER
                                                 Attorney I.D. No. 2420
                                                 Three Mill Road, Suite 301
                                                 Wilmington, DE  19806
                                                 (302) 777-0100
DATED:  February 12, 2008            Attorney for Defendants Ian and Mai

## CERTIFICATE OF SERVICE

I, **DAVID L. BAUMBERGER, ESQUIRE,** hereby certify that on this 12th day of February, 2008, I have had served electronically a true and correct copy of the attached ***NOTICE OF DEPOSITION*** to the following:

>Nicholas J. Renzi, Esquire
>Stampone D'Angelo Renzi DiPiero
>500 Cottman Avenue
>Cheltenham, PA  19012
>
>James P. Hall, Esquire
>Phillips, Goldman & Spence
>1200 N. Broom Street
>Wilmington, DE 19806
>
>Michael A. Pedicone, Esquire
>109 W. 7th Street
>P.O. Box 1395
>Wilmington, DE  19899

**CHRISSINGER & BAUMBERGER**

/s/David L. Baumberger
DAVID L. BAUMBERGER
Attorney I.D. No. 2420
Three Mill Road, Suite 301
Wilmington, DE  19806
(302)777-0100
Attorney for Defendants Ian and Mai